UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAROLYN FEARS and TIFFANY CONNOR, :
on their own behalf and on behalf of similarly :
situated persons, :
  :
  :
                    **Plaintiff,** :
  :
  -against- :        02 CV 4911(HB)
  :
WILHELMINA MODEL AGENCY, FORD :        **ORDER**
MODELS, INC., CLICK MODEL :
MANAGEMENT, INC., NEXT :
MANAGEMENT COMPANY, BOSS MODELS, :
INC., GERARD W. FORD, DNA MODEL :
MANAGEMENT, LLC, IMAGES :
MANAGEMENT, INC. and IMG :
MODELS, INC. :
  :
                    **Defendants.** :
------------------------------------------------------------X

**Hon. HAROLD BAER, JR., District Judge**:

    WHEREAS, on May 5, 2005, this Court approved settlement of this class action and established a Settlement Fund ("Fund"); and;

    WHEREAS, on October 26, 2009, a Stipulation of Discontinuance was entered in this matter; and

    WHEREAS, pursuant to that Stipulation, two-million dollars ($2,000,000.00) will be distributed to charities as described in prior court orders; and

    WHEREAS, those charities include the "Gender Differences of the Heart" Research Program and the "Left Ventricular Apical Ballooning" Study, both at New York University School of Medicine, the Buprenorphine Program, and Eating Disorder Program, both at Columbia University Medical Center, and "The Heart Truth" Campaign by the National Heart, Lung, and Blood Institute; and

    WHEREAS, all of the above-named charities have represented that they will use the funds for outreach and assistance to women as originally anticipated, it is hereby

**ORDERED**, that the Clerk of the Court is instructed to distribute, via check, funds currently on deposit in the Court Registry Investment System (CRIS) to the previously mentioned charities. The funds should be distributed as follows:

One hundred and seventy-three thousand, nine hundred thirteen dollars and four cents ($173,913.04) shall be distributed to the "Gender Differences of the Heart" Research Program at New York University School of Medicine. The check shall be made payable to "NYU School of Medicine";

One hundred and seventy-three thousand, nine hundred thirteen dollars and four cents ($173,913.04) shall be distributed to the "Left Ventricular Apical Ballooning" Study at the New York University School of Medicine. The check shall be made payable to "NYU School of Medicine";

Eighty-six thousand, nine hundred fifty-six dollars and fifty-two cents ($86,956.52) shall be distributed to the "The Heart Truth" Campaign by the National Heart, Lung, and Blood Institute. The check shall be made payable to "National Heart, Lung, and Blood Institute";

One hundred and seventy-three thousand, nine hundred thirteen dollars and four cents ($173,913.04) shall be distributed to the Buprenorphine Program at Columbia University Medical Center. The check shall be made payable to "The Trustees of Columbia University"; and

Three hundred and forty-seven thousand, eight hundred twenty-six dollars and nine cents ($347,826.09) shall be distributed to the Eating Disorders Program at Columbia University Medical Center. The check shall be made payable to "The Trustees of Columbia University;" it is also hereby;

**ORDERED** that the checks shall be sent to Chambers, where they will be mailed to the named charities.

SO ORDERED
New York, New York
~~November ___, 2009~~
December 29, 2009

_____
United States District Judge